IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA KALINCHEVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JESSE NEUBARTH,<br><br>　　　　Defendant.<br>_____/ | No. C 13-03294 JSW<br><br>***SUA SPONTE REFERRAL* ORDER AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　　　Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court *sua sponte* refers this matter to the Honorable Susan Illston for purposes of determining whether this matter is related to *Kalincheva v. Neubarth*, 13-CV-3212-SI. The Court VACATES the case management conference scheduled for November 8, 2013, pending a ruling from Judge Illston on whether these matters are related.

　　　　**IT IS SO ORDERED.**

Dated: August 9, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALINA KALINCHEVA,<br><br>    Plaintiff,<br><br> v.<br><br>JESSE NEUBARTH et al,<br><br>    Defendant.<br>_____/ | Case Number: CV13-03294 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Magdalina Kalincheva
543 W Vine Street
Stockton, CA 95203

Dated: August 9, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk